| | | | |
|---|---|---|---|
| State v. Johnson | 2015AP001233 CR, 2015AP002260 CR | 01–11–2017 | Affirmed |
| State v. Wright† | 2015AP001658 CR | 01–11–2017 | Affirmed |
| State v. Gandy† | 2015AP001666 CR | 01–18–2017 | Affirmed |
| Thoma v. Village of Slinger | 2015AP001970 | 01–18–2017 | Affirmed |
| State v. Lee† | 2015AP001977 CR | 01–24–2017 | Affirmed |
| State v. Nordrum† | 2015AP001997 CR | 01–12–2017 | Affirmed |
| State v. Brown† | 2015AP002029 CR | 01–04–2017 | Affirmed |
| State v. Brown† | 2015AP002128 CR through 2015AP002130 CR | 01–04–2017 | Affirmed |
| Shetty v. Pulla | 2015AP002203 | 01–11–2017 | Affirmed |
| State v. Wallace† | 2015AP002295 | 01–25–2017 | Affirmed |
| Universal Inv. Corp. v. Stephens P'ship | 2015AP002316 | 01–10–2017 | Reversed and remanded |
| State v. Williams† | 2015AP002337 CR | 01–18–2017 | Affirmed |
| State v. Cannon† | 2015AP002355 CR | 01–04–2017 | Affirmed |
| State v. Russell† | 2015AP002484 CR | 01–31–2017 | Affirmed |
| State v. Casteel† | 2015AP002501 CR, 2015AP002502 CR | 01–24–2017 | Affirmed |
| State v. Hanson† | 2015AP002544 CR | 01–18–2017 | Affirmed |
| Citizens Cmty. Fed. N.A. v. Werner | 2015AP002556 | 01–24–2017 | Affirmed |
| State ex rel. Anderson v. Theisen | 2015AP002579 | 01–24–2017 | Affirmed |
| State v. McMahon | 2015AP002632 CR | 01–18–2017 | Affirmed |
| Havens v. Wisconsin DHS | 2015AP002661 | 01–31–2017 | Affirmed |
| Nelson v. Furrer | 2016AP000038 | 01–26–2017 | Affirmed |
| State v. Winberg | 2016AP000108 CR | 01–10–2017 | Reversed and remanded |
| State v. Thames | 2016AP000192 CR | 01–04–2017 | Affirmed |
| Oconto County v. Kolkowski | 2016AP000264, 2016AP000265 | 01–24–2017 | Affirmed |

† Petition to review filed.